EASTERN DISTRICT OF KENTUCKY
FILED

APR 1 0 2026

EDWARD B. ATKINS
U.S. Magistrate Judge

### Affidavit in Support of Criminal Complaint
### For Audiel LOPEZ-Morales, aka Rodolfo LOPEZ-Perez

Your Affiant, Special Agent Scott Rhoades, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

1.      I am a Special Agent of Homeland Security Investigations (HSI) assigned to the Bowling Green, Kentucky Office. I entered on duty in this position on February 1, 2024. Prior to my current assignment, I entered on duty in 2011 as a Special Agent with HSI in Phoenix Arizona. I worked in several different groups including the Currency Pickup Group, Organized Crime Drug Enforcement Task Force (OCDETF), Intellectual Property Rights Group, and the Gang/Public Safety Group.

2.      I am a law enforcement officer of the United States within the meaning of Section 115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code 1326.

3.      This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

4.      On April 2, 2026, HSI Resident Agent in Charge (RAC) Bowling Green Special Agent (SA) Rhoades was advised by the Immigration and Customs Enforcement (ICE) Criminal Alien Program (CAP) that Audiel LOPEZ-Morales, aka Rodolfo LOPEZ-Perez, was in custody at the Wayne County Detention Center (WCDC).

5.      LOPEZ-Morales was booked into the Wayne County Detention Center after being arrested by the Monticello Police Department in Kentucky for Alcohol Intoxication in a Public Place on April 1, 2026.  Bowling Green Enforcement and Removal (ERO) Deportation Officer

1

(DO) Jewell, while conducting Criminal Alien Program screenings at the Wayne County Detention Center, interviewed LOPEZ-Morales and established LOPEZ-Morales is an alien who is removable from the United States.

6.    A detainer was issued by ICE which requested a notification prior to the release of LOPEZ-Morales.  On April 2, 2026, LOPEZ-Morales was remanded into ICE ERO custody from the previously issued ICE detainer.

7.    I reviewed Department of Homeland Security (DHS) immigration databases, which confirmed LOPEZ-Morales was a Mexican citizen previously removed from the United States. LOPEZ-Morales is assigned alien registration number 076 873 307, and his biometric data was a positive match for the following immigration history:

8.    On December 22, 1998, LOPEZ-Morales was arrested in Oklahoma County, Oklahoma. Following this arrest, LOPEZ-Morales was issued a Notice to Appear (NTA).

9.    On January 12, 1999, an Immigration Judge (IJ) ordered LOPEZ-Morales removed from the United States to Mexico. On January 15, 1999, LOPEZ-Morales was removed to Mexico through the Laredo, Texas Port of Entry (POE).

10.    On February 27, 2008, U.S. Border Patrol (USBP) encountered LOPEZ-Morales near South Komelik, Arizona.  On February 29, 2008, LOPEZ-Morales was removed to Mexico, through the Nogales Port of Entry.

11.    On December 6, 2018, USBP encountered LOPEZ-Morales in Orlando, Florida, where he was processed as a Reinstatement of Prior Removal, I-871 was issued. On December 20, 2018, LOPEZ was removed to Mexico through Miami International Airport (MIA).

12.    A review of electronic immigration records show LOPEZ-Morales has not received permission from the Attorney General of the United States or the Secretary of Homeland Security

to re-enter the United States following his previous removals and he is currently present in the United States without admission or parole after being previously removed.

13.     Based on the above information, your affiant believes that LOPEZ-Morales is an alien who has been found in the United States in Russell County in the Eastern District of KY, in violation of Title 8 of the United States Code, Sec. 1326(a) to wit: unlawful re-entry of an alien previously removed or deported from the United States.

*Scott Rhoades, by EBA*

Scott Rhoades
Special Agent
Homeland Security Investigations
Bowling Green, Kentucky

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic and email submission on this the 10 day of April 2026.

Signed By:
Edward B. Atkins *EBA*
United States Magistrate Judge

United States Magistrate Judge

3